# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

---

### JUDGMENT IN A CIVIL CASE

Richard Dean Floyd,

    Plaintiff,

    V.                    Case No.   17-03411-CV-S-BCW

Corizon Health, Inc. et al.,

    Defendants,

☐    **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

■    **DECISION OF THE COURT**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**:  ORDERED that this is case is dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and for failure to comply with this Court's Order.  Any motion to reopen must be filed within a reasonable time and must comply with the Court's previous Order.

Entered on: <u>January 30, 2018.</u>

                                                  PAIGE WYMORE-WYNN
                                                  CLERK OF COURT

                                                  <u>/s/ T. Richard</u>
                                                  (By) Deputy Clerk